**DISMISS; and Opinion Filed November 20, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00483-CV

### CITY OF DALLAS, Appellant
### V.
### NANCY BEGGS, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14997-M**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Brown, and Schenck
Opinion by Justice Lang-Miers

Before the Court is appellant's motion to dismiss the appeal in which appellant states that

the parties have resolved their differences and appellant no longer wishes to pursue this appeal.

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

150483F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CITY OF DALLAS, Appellant

No. 05-15-00483-CV          V.

NANCY BEGGS, Appellee

On Appeal from the 298th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-14997-M.
Opinion delivered by Justice Lang-Miers.
Justices Brown and Schenck participating.


In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Nancy Beggs recover her costs of this appeal from appellant City of Dallas.


Judgment entered this 20th day of November, 2015.